

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Allen Glenn Thomas,                          * From the 259th District
                                              Court of Jones County,
                                              Trial Court No. 022853.

Vs. No. 11-12-00312-CV                       * October 9, 2014

Texas Department of Criminal                 * Memorandum Opinion by Wright, C.J.
Justice Officer Marcus A. Adams et al.,        (Panel consists of: Wright, C.J.,
                                              Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.